UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,  **MEMORANDUM**
                          and **ORDER**
              Plaintiff,

    - against -                04-CR-774 (TCP)

ASTRA MOTOR CARS, et al.,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PLATT, District Judge

       In light of (i) the prior negotiations, arguments, and discussions of counsel on the schedule for pre-trial motions in Court on October 6, 2005, in which the deadline for the service and filing of all Defendants' motions was set for December 1, 2005, (ii) the late filing of some of these motions, and (iii) this Court's order granting Defendant Santos a right to file as late as December 31, 2005 - the present application of the Defendants, dated December 20, 2005, to advance the Government's response date from January 27, 2006 to January 13, 2006, is an unreasonable one by any measure and the same must be and hereby is **DENIED**.

**SO ORDERED**.

                                        /S/_____
                                        Thomas C. Platt, U.S.D.J.

Dated: Central Islip, New York
December 23, 2005